**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIE STIEBRITZ,

    Plaintiff,                             Case No.: 1:26-cv-06015

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|-----|------------|
| 1 | Sayoaho |
| 2 | GinkgO |
| 3 | HourLisa |
| 4 | MINSCOSE |
| 5 | XEDTHN |
| 6 | Aihome store |
| 7 | yimi shop |
| 8 | B BELK |
| 9 | injoom |
| 10 | treasuregiftsmall |
| 11 | Anban |
| 12 | Shengs |
| 13 | 爱康养生保健 |
| 14 | 中慧服装 |
| 15 | zhongjiazhiboguangdonggongchengzixunyouxiangongsi |
| 16 | Newseego |
| 17 | top-win |
| 18 | CASEVIVID Direct |
| 19 | ZXCDINO |
| 20 | ZELUU |
| 21 | JSLY Network |
| 22 | SXWL Network Store |
| 23 | Bestroad Network Store |
| 24 | Taste Trendy Shops |
| 25 | fdjdfsxh |

1