**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julie Stiebritz

            Plaintiff,

v.                 Case No.:
                 1:26–cv–06015
                 Honorable Charles
                 P. Kocoras

The Partnerships and Unincorporated Associations
Identified on Schedule A

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

   MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's ex parte Motion for temporary restraining order [13], motion for leave to file under seal [11] and motion for leave to file excess pages [12] are granted. Presentment hearing noticed for 6/2/2026 is stricken with no appearances necessary. Enter Sealed Temporary Restraining Order. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.