**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIE STIEBRITZ,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06015

Judge Charles P. Kocoras

Magistrate Judge Maria Valdez

## <u>PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER</u>

This First Motion to Extend the Temporary Restraining Order ("TRO") is brought by Plaintiff, JULIE STIEBRITZ ("Stiebritz" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 65. This Court's Temporary Restraining Order was issued on May 27, 2026 (ECF No. 18, SEALED Order). Plaintiff subpoenaed the information regarding Defendants' identities from Defendants' service providers and Plaintiff is still waiting on the information to be produced. Therefore, Plaintiff respectfully asks this Court to extend the TRO, until such time as Plaintiff obtains Defendants' identifying information from the subpoenaed parties and provides Defendants actual notice of this Court's TRO.

Plaintiff requests the extension of the TRO for the same reasons Plaintiff sought the TRO, specifically to ensure that Defendants do not modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including service provider accounts, to offshore accounts.

For all the foregoing reasons, Plaintiff requests that the Court extend the Temporary Restraining Order through and until June 24, 2026.

DATED:  June 4, 2026

Respectfully submitted,

/s/ *Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ *Keith A. Vogt*
Keith A. Vogt