**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIE STIEBRITZ,

     Plaintiff,                           Case No.: 1:26-cv-06015

v.                                   Judge Charles P. Kocoras

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Maria Valdez
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on May 27, 2026. In support of this Motion, Plaintiff herewith submits a Memorandum of Law and a further Declaration of Keith A. Vogt.

DATED: June 16, 2026               Respectfully submitted,

                                      */s/Keith A. Vogt*
                                      Keith A. Vogt
                                      FL Bar No. 1036084/IL Bar No. 6207971
                                      Keith A. Vogt PLLC
                                      1820 NE 163rd Street, Suite #306
                                      North Miami Beach, Florida 33162
                                      Telephone: 312-971-6752
                                      E-mail: keith@vogtip.com

                                      ***ATTORNEY FOR PLAINTIFF***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

<div align="center" style="margin-left:40%">

/s/ <u>*Keith A. Vogt*</u>
Keith A. Vogt

</div>