**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIE STIEBRITZ,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-06015

Judge Charles P. Kocoras

Magistrate Judge Maria Valdez

## DECLARATION OF KEITH A. VOGT

I, Keith A. Vogt, declare as follows:

1.   I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.   Since and pursuant to entry of the TRO, Plaintiff has contacted Amazon, Walmart, and SHEIN to restrain accounts associated with the Defendant Internet Stores.

3.   Exhibit 1 attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Memorandum.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on June 16, 2026.

                       */s/Keith A. Vogt*
                       Keith A. Vogt