**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIE STIEBRITZ,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06015

Judge Charles P. Kocoras

Magistrate Judge Maria Valdez

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 23, 2026, at 9:50 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Charles P. Kocoras of the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

a Preliminary Injunction.

DATED:  June 16, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt