**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JULIE STIEBRITZ,

      Plaintiff,                         Case No.: 1:26-cv-06015

v.                                 Judge Charles P. Kocoras

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Maria Valdez
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**STATUS REPORT**

Plaintiff, JULIE STIEBRITZ ("Plaintiff"), files this status report solely on behalf of Plaintiff pursuant to Minute Entry Order [31].

On June 16, 2026, Plaintiff served all defendants in this action in accordance with the Court's Temporary Restraining Order [18]. A summons returned executed was filed that same day. [30]. Plaintiff has settled with several defendants, including Defendant No. 16 who appeared through counsel. *See* [25]. These defendants have since been dismissed. [33].

No other defendants have appeared or otherwise responded to Plaintiff's Complaint. Plaintiff will move for entry of default and default judgment against the remaining defendants at the appropriate time.

DATED:  July 24, 2026                    Respectfully submitted,

                                      */s/ Keith A. Vogt*
                                      Keith A. Vogt
                                      FL Bar No. 1036084 / IL Bar No. 6207971
                                      Keith A. Vogt PLLC
                                      1820 NE 163rd Street, Suite #306
                                      North Miami Beach, Florida 33162
                                      Telephone: 312-971-6752
                                      E-mail:  keith@vogtip.com

                                      ***ATTORNEY FOR PLAINTIFF***

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 24, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt