**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Julie Stiebritz

Plaintiff,

v.

Case No.: 1:26−cv−06015
Honorable Charles P. Kocoras

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Charles P. Kocoras: Per Plaintiff's Notice of Voluntary Dismissal [41], all claims in this action against Defendants B BELK, top−win, Aihome store, Anban and Bestroad Network Store are dismissed without prejudice. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.